```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MANUEL MATEO, individually and on
behalf of others similarly situated,

                Plaintiff,                    CASE NO.: 1:23-cv-01338-VEC

v.

SM CONSTRUCTION USA, INC.,
a New York corporation, and SAFDAR       **~~PROPOSED~~ JUDGMENT**
MUHAMMAD, an individual,

                Defendants
-----------------------------------------------------------X

      WHEREAS, on or about November 10, 2023, Defendants, SM CONSTRUCTION USA, INC., and SAFDAR MUHAMMAD extended to Plaintiffs, MANUEL MATEO, AQUILINO NUNEZ, ANGEL FLORENTINO, and JUAN CARLOS GALVA, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) payable by February 12, 2024; MANUEL MATEO, AQUILINO NUNEZ, ANGEL FLORENTINO, and JUAN CARLOS GALVA, accepted that offer, and filed the offer, and their acceptance thereof, with this Court;

      NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiffs, MANUEL MATEO, AQUILINO NUNEZ, ANGEL FLORENTINO and JUAN CARLOS GALVA, have judgment against Defendants, SM CONSTRUCTION USA, INC., and SAFDAR MUHAMMAD, jointly and severally, in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), shall be made to Defendants by Plaintiffs, by February 12, 2024, payable to Law Offices of Nolan Klein, Trust Account, and delivered to Law Offices of Nolan Klein, P.A. as counsel for Plaintiffs.

All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

DATED: November 13, 2023.

_____
HON. VALERIE CAPRONI
U.S. DISTRICT COURT JUDGE